

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

August 14, 2015

Gerald Desmond Griffin #01927774
Eastham Unit
2665 Prison Rd. #1
Lovelady, TX 75851

RE:     Court of Appeals Number:   02-14-00193-CR
        Trial Court Case Number:   1360873D

Style:  Gerald Desmond Griffin
        v.
        The State of Texas

We are in receipt of correspondence in connection with the above case. The cost for a copy of the record is as follows:

| | |
|---|---:|
| Clerk's Record (121 pgs) | $ 40.50 |
| Reporter's Record  Vol. 1 (19 pgs) | 1.90 |
| Reporter's Record  Vol. 2 (14 pgs) | 1.40 |
| Reporter's Record  Vol. 3 (136 pgs) | 48.00 |
| Reporter's Record  Vol. 4 (263 pgs) | 111.50 |
| Reporter's Record  Vol. 5 (47 pgs) | 4.70 |
| Reporter's Record  Vol. 6 (68 pgs) | 13.00 |
| Reporter's Record  Vol. 7 (126 pgs) | 43.00 |
| **Estimated POSTAGE** | $ **10.20** |
| **TOTAL** | **$ 274.20** |

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Karen Brown, Deputy Clerk